# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2018

## NO.  03-18-00542-CV

**S. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 10, 2018.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.